UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23382-CIV-UNGARO/SIMONTON

SEAMILES, LLC
a Florida limited liability company,

    Plaintiff,

v.

CARNIVAL CORPORATION
f/k/a CARNIVAL CRUISE LINE, INC.,
a Panama Corporation,
BARCLAYS BANK DELAWARE, f/k/a
JUNIPER BANK, a Delaware corporation.

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Boies, Schiller & Flexner LLP hereby provides notice of its appearance on behalf of defendant Carnival Corporation and requests that copies of all papers be provided to it through its partners Stuart H. Singer and Carlos M. Sires.

Dated:  November 5, 2009                Respectfully Submitted,

                                                                _s/Stuart H. Singer_____
                                                                Stuart H. Singer (Fl. Bar Number 377325)
                                                                Carlos M. Sires (Fl. Bar Number 319333)
                                                                BOIES, SCHILLER & FLEXNER LLP
                                                               401 East Las Olas Boulevard, Suite 1200
                                                               Ft. Lauderdale, Florida 33301
                                                               Telephone: (954) 356-0011
                                                               Facsimile: (954) 356-0022

                                                               *Counsel for Carnival Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Carlos M. Sires
Boies, Schiller & Flexner LLP

## SERVICE LIST

**SeaMiles, LLC v. Carnival Corporation, et al., Case No. 09-23382-CIV-UNGARO/SIMONTON**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Jorge Espinosa, Esq.<br>jespinosa@etlaw.com<br>Michael Tschup, Esq.<br>mtschupp@etlaw.com<br>ESPINOSA TRUEBA P.L.<br>3001 S.W. 3rd Avenue<br>Miami, Florida 33129<br>Telephone: (305) 887-3450<br>Facsimile:  (305) 285-5555<br><br>*Counsel for Plaintiff* | Stuart, H. Singer, Esq.<br>ssinger@bsfllp.com<br>Carlos M. Sires, Esq.<br>csires@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile:  (954) 356-0022<br><br>*Counsel for Carnival Corporation* |